**SO ORDERED.**

Dated: September 19, 2009



_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

**TIFFANY & BOSCO**
P.A.
**2525 E. CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

08-62115/105027650

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Garry James Lucas and Evonne Lambert Lucas<br>Debtors.<br><br>Mortgage Electronic Registration Systems, Inc., as nominee for Countrywide Home Loans Servicing LP, it's successors and/or assigns<br><br>Movant,<br>vs.<br><br>Garry James Lucas and Evonne Lambert Lucas, Debtors; Edward J. Maney, Trustee.<br><br>Respondents. | No. 2:07-bk-00385-RTBP<br><br>Chapter 13<br><br>ORDER APPROVING STIPULATION FOR REMOVAL OF BANKRUPTCY STAY<br><br>RE: Real Property located at 3291 South Gillenwater Drive Flagstaff, AZ 86001 |

IT IS HEREBY ORDERED by and between the parties herein, through counsel undersigned, that all stays and injunctions, including the automatic stays under U.S. Bankruptcy Code Section 362(a), are hereby vacated effective immediately with respect to the real property which is the subject of the Deed of Trust recorded August 26, 2005, at Recorders No. 3340540, in the records of the Coconino

County, Arizona Recorder's Office, wherein Garry James Lucas and Evonne Lambert Lucas, are designated as trustors and Mortgage Electronic Registration Systems, Inc., as nominee for Countrywide Home Loans Servicing LP, it's successors and/or assigns is the beneficiary/successor beneficiary, which Deed of Trust encumbers the following described real property:

> Lot 532, UNIVERSITY HEIGHTS, as shown on the Plat thereof, recorded in Case 2, Maps, 276-276D, inclusive, records of Coconino County, Arizona.

IT IS FURTHER ORDERED that the debtors has no desire to maintain or keep the property and has decided to surrender his interest in the property legally described herein.

IT IS FURTHER ORDERED that Movant is now permitted, in its discretion to commence or conduct a Trustee's Sale, commence judicial foreclosure, or take whatever other actions necessary to protect their interest in the above legally described property.

IT IS FURTHER ORDERED that an Order Lifting Stay will remain in full force and effect in any bankruptcy chapter to which the Debtor may convert.

IT IS FURTHER ORDERED that any hearing scheduled in the matter are vacated.

DATED this _____ day of _____, 2009.

                                                    _____
                                                    UNITED STATES BANKRUPTCY JUDGE